# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA HOVEY, | Case No. 2:19-cv-00596-R-JPRx |
| Plaintiff, | |
| vs. | **PROTECTIVE ORDER** |
| UNIVERSITY OF PHOENIX, INC., | |
| Defendant. | District Judge Manuel L. Real |

## ORDER

GOOD CAUSE APPEARING THEREFORE, IT IS ORDERED THAT the terms of the Protective Order as described in the Stipulation for a Protective Order between Defendant and Plaintiff is hereby entered as the order of the Court and will be binding on the Parties and signatories to Exhibit "A."

**IT IS SO ORDERED.**

**DATED:** May 20, 2019.

HON. MANUEL L. REAL
UNITED STATES DISTRICT
COURT FOR THE CENTRAL
DISTRICT OF CALIFORNIA